**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**WARREN COTA,**

    **Plaintiff,**

**vs.**                                                                           **CASE NO. 1:07CV71-MP/AK**

**ANTHONY SNEED, et al,**

    **Defendants.**

    _____/

**REPORT AND RECOMMENDATION**

By Order dated May 1, 2007, Plaintiff was directed to file an amended complaint on the proper forms and submit the appropriate motion for leave to proceed IFP on or before June 4, 2007. (Doc. 4). When no complaint and motion was filed, the Court entered a show cause order directing a response on or before July 27, 2007. (Doc. 8). This order was returned as undeliverable and no forwarding address was provided and none could be found on the Department of Corrections website. (Doc. 9).

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b). More than a month has passed without communication from Plaintiff as to the prosecution of this lawsuit and at present the court has no means of communicating with him further. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **20**<sup>th</sup> day of September, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:07CV71-MP/AK