IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARREN COTA,

    Plaintiff,

v.                                                       CASE NO. 1:07-cv-00071-MP-AK

ANTHONY SNEED, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 11, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's complaint, Doc. 1, be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Thursday, September 20, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

By prior order, Plaintiff was directed to file an amended complaint on the proper forms and to submit the appropriate motion for leave to proceed *in forma pauperis*. Doc. 4. When Plaintiff failed to do either, the Magistrate entered an order directing the Plaintiff to show cause. Because Plaintiff has failed to prosecute this case and failed to comply with the order, the Magistrate recommends that Plaintiff's case be dismissed with prejudice. The Court agrees with the Magistrate. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is DISMISSED with prejudice.

**DONE AND ORDERED** this   *10th* day of October, 2007

<u>*s/Maurice M. Paul*</u><br>Maurice M. Paul, Senior District Judge